# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT,<br><br>       Petitioner,<br><br>vs.<br>THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE TIERRA DANIELLE JONES, DISTRICT JUDGE,<br><br>       Respondents,<br><br>and<br>SHAYAN TRADERS, A NEVADA CORPORATION, D/B/A CHIC SILVER, AND D/B/A THE GOLDSMITH; AND NAJAM U. AHMAD, AN INDIVIDUAL,<br>       Real Parties in Interest. | No. 79636<br><br>**FILED**<br><br>DEC 16 2019<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY _____<br>    DEPUTY CLERK |

## ORDER DISMISSING PETITION

Pursuant to the stipulation of the parties, and cause appearing, this petition is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Tierra Danielle Jones, District Judge
      Marquis Aurbach Coffing
      Alexis Brown Law, Chtd.
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

19-50863